IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   No.    16-cv-0165 MV/SMV
                                                                    08-cr-0777 MV

RICKY SALAZAR,

    Defendant.

## ORDER

    This matter is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Application [for] Order Modifying Sentence . . . Pursuant to 28 U.S.C. § 2255 [CV Doc. 1; CR Doc. 63] ("Motion").  The Court will direct the United States to answer Defendant's Motion.

    **IT IS HEREBY ORDERED** that the Clerk forward to the United States of America a copy of Defendant's Motion and supporting papers and exhibits, if any, together with a copy of this Order.

    **IT IS FURTHER ORDERED** that, within 23 days of entry of this Order, the United States answer Defendant's § 2255 motion.

    **IT IS SO ORDERED**.

                                                                                          _____
                                                                                         **STEPHAN M. VIDMAR**
                                                                                         **United States Magistrate Judge**