# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**RICKY SALAZAR,**

        No.    16-CV-0165 MV/SMV

    **Defendant.**               08-CR-0777 MV

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO UNITED STATES' REPLY TO DEFENDANT'S RESPONSE <u>TO SHOW CAUSE ORDER</u>

This matter is before the Court on Defendant's UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO UNITED STATES' REPLY TO DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER.  The Court having reviewed the defendant's motion, having been advised that Assistant U.S. Attorney Terri Abernathy does not oppose this motion, and; further, the Court thus being fully advised in the premises finds that Defendant's motion is well-taken and should be granted.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion be granted; and that the defendant is permitted to file his SURREPLY TO UNITED STATES' REPLY TO DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER within 14 days of the filing of this Order.

So Ordered this _5th_ day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
André C. Poissant
Assistant Federal Public Defender

Approved by:
Terri Abernathy
Assistant United States Attorney